UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA

vs.

ASHLEY CIGARROA, et al

    Defendant.
_____/

## **DEFENDANT'S OBJECTION TO COUNSEL'S REPRESENTATION**

**COMES NOW** the defendant, ASHLEY CIGARROA, by and through the undersigned attorney and files her Objection to attorney Keith Fousek representing defendant, Timothy Richardson and states as follows:

1. Ms. Cigarroa met with Mr. Fousek after receiving a government subpoena. Mr. Fousek advised Ms. Cigarroa regarding the subpoena and did other activities regarding the subpoena. There was no retainer agreement. This activity constitutes a conflict of interest for Mr. Fousek. Ms. Cigarroa objects to Mr. Fousek representing a co-defendant.

2. Ms. Cigarroa has no objection to or conflict with attorney Robyn Sztyndor regarding her appearance in this case.

Respectfully submitted:

                                                       ALLEN S. KAUFMAN, P.A.
                                                       950 S. PINE ISLAND RD.
                                                       PLANTATION, FL 33324
                                                       (954) 727-8165
                                                       FAX (954) 727-8164
                                                       ask_pa@bellsouth.net

                                               By: s/ Allen S. Kaufman
                                                     ALLEN S. KAUFMAN
                                                     FBN 301639

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 1, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BY:  s/ Allen S. Kaufman  
ALLEN S. KAUFMAN
