UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**ASHLEY CIGARROA**,

    Defendant.

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 366]. On October 12, 2022, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 23] pursuant to a combined plea agreement/written stipulation of facts and acknowledgment of offense elements in support of guilty plea [ECF No. 365]. Magistrate Judge Reinhart thereafter issued a Report [ECF No. 366] recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of Count One of the Indictment [ECF No. 23]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation [ECF No. 366] is **AFFIRMED AND ADOPTED**.

CASE NO. 22-80022-CR-CANNON

2. The guilty plea entered by Defendant Ashley Cigarroa as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Ashley Cigarroa is adjudicated guilty as to Count One of the Indictment, which charges her with Conspiracy to Commit Health Care Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349 [ECF No. 23].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 27th day of October 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record